UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., <br><br> Plaintiff, <br><br> v. <br><br> MARTINEZ, Sergeant; et al., <br><br> Defendants. | No. C 11-5793 SI (pr) <br><br> **ORDER EXTENDING DEADLINES AND DENYING DEFAULT REQUEST** |

Defendant filed an *ex parte* request for a 60-day extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Kathleen Boergers, the court GRANTS the request. (Docket # 14.) The court now sets the following new briefing schedule for dispositive motions:

1. Defendant must file and serve his dispositive motion no later than **February 8, 2013**.

2. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **March 8, 2013**.

3. Defendant must file and serve any reply brief no later than **March 22, 2013**.

Plaintiff's "action: declaration for entry of default" is construed to be a request for entry of default and is DENIED. (Docket # 18.) Defendant was not in default at the time the request was filed.

IT IS SO ORDERED.

Dated: December 20, 2012

_____
SUSAN ILLSTON
United States District Judge