UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. C 11-5793 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARTINEZ, Sergeant; et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a new action in compliance with any exhaustion requirement.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 19, 2013

_____
SUSAN ILLSTON
United States District Judge