UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILLY DRIVER, JR.,

    Plaintiff,

v.

MARTINEZ, Sergeant; et al.,

    Defendants.

                                      /

No. C 11-5793 SI (pr)

**JUDGMENT**

This action is dismissed without prejudice to plaintiff filing a new action in compliance with any exhaustion requirement.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 19, 2013

_____
SUSAN ILLSTON
United States District Judge