1

2

3

4

5                       UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8  BILLY DRIVER, JR.,                      No. C 11-5793 SI (pr)

9          Plaintiff,             **ORDER GRANTING EXTENSION OF**
                                              **TIME FOR NOTICE OF APPEAL**

10     v.

11  MARTINEZ, Sergeant; et al.,

12         Defendants.

13                            /

14       This action was dismissed and judgment entered on April 19, 2013.  On May 22, 2013,

15 plaintiff filed a request to learn the status of his case.  Docket # 32.  The clerk sent him a copy

16 of the order of dismissal, judgment, and docket sheet on May 24, 2013.   Plaintiff then filed a

17 notice of appeal and attached to it a declaration in which he stated that, as of May 17, 2013, he

18 had not received some mail from the court that apparently was received at the prison on May 3,

19 2013.   Docket # 33.   The court construes the declaration to be a request for an extension of

20 time, and GRANTS a 30-day extension of the deadline for plaintiff to file a notice of appeal.

21  *See* Fed. R. App. P. 4(a)(5).  With that extension, plaintiff's notice of appeal is timely filed.

22       In his notice of appeal, plaintiff requests that the court order a civil rights complaint to

23 be filed on behalf of plaintiff.  The request is DENIED.  If plaintiff wants to file a civil rights

24 complaint he may do so, but the court will not file one on his behalf.  The proper district in

25 which to file a civil rights complaint about conditions at the California State Prison in Lancaster

26 is the U.S. District Court for the Central District of California.

27       IT IS SO ORDERED.

28 Dated: June 13, 2013               _____
                                     SUSAN ILLSTON
                              United States District Judge

**United States District Court**
For the Northern District of California